IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER LYNN CALHOUN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-5668 |
| | : | |
| **LEGAL TEAM/INTAKE,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 29th day of November 2024, upon consideration of Plaintiff Jennifer Lynn Calhoun's motion to proceed *in forma pauperis* (Doc. No. 1), *pro se* Complaint (Doc. No. 2), and motion for an emergency hearing (Doc. No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's memorandum, Calhoun's Complaint is **DISMISSED** as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The motion for an emergency hearing (Doc. No. 3) is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.